## SMITH v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 39, September Term, 1960.]

*Decided March 7, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons set forth in Judge Digges' opinion, wherein the contentions of the applicant are fully considered and disposed of, the application for leave to appeal will be denied.

*Application denied.*